| | |
|---|---|
| **From:** | Robin London-Zeitz |
| **To:** | Chambers_of ABA; courtdocs@oliverandlegg.com |
| **Cc:** | ecfmail_standingtrustee.com; summarymail@standingtrustee.com; Chris Fowler; Heather Renye |
| **Subject:** | RE: Leneto Wright 20-12415-ABA |
| **Date:** | Wednesday, November 24, 2021 12:51:27 PM |

**CAUTION - EXTERNAL:**

Ms. Riley:

The parties have reached a resolution of Trystone Capital Asset LLC's motion in principal. I am in the process of drafting a consent order and agreement to be submitted to the court. I intend to have a draft of the agreement to counsel after the holiday. If you have any questions, please don't hesitate to contact my office.

Thanks,

Robin London-Zeitz

Robin London-Zeitz, Esquire
Gary C. Zeitz, LLC
1101 Laurel Oak Road, Suite 170
Voorhees, NJ 08043
856-857-1222 ext. 306
856-857-1234 (fax)
rzeitz@zeitzlawfirm.com
www.zeitzlawfirm.com

**From:** Chambers_of ABA [mailto:Chambers_of_ABA@njb.uscourts.gov]
**Sent:** Tuesday, November 16, 2021 10:22 AM
**To:** Linda Fossi <lfossi@zeitzlawfirm.com>; courtdocs@oliverandlegg.com
**Cc:** ecfmail_standingtrustee.com <ecfmail@standingtrustee.com>; summarymail@standingtrustee.com; Chris Fowler <Chris_Fowler@njb.uscourts.gov>; Heather Renye <heather_renye@njb.uscourts.gov>
**Subject:** Leneto Wright 20-12415-ABA

Counsel –

It has come to the court's attention that the parties were unable to agree on a form of Order. This is unfortunate.

You have asked the court to reschedule the hearing which is now returnable 11/30/21. At the last hearing, you may recall, if the parties were not able to amicably resolve their issues, the court would require briefing. As such, the court will not conduct a hearing on 11/30/21. Instead, you are to submit a brief on your position and a proposed form of order by 11/30/21. Once the briefs and proposed forms of Order are submitted, the court will allow the Chapter 13 Trustee to make any response if she wishes. That response will be due 12/7/21. If the court has any questions, it will schedule a hearing.

Thank you,

Lisa J. Riley
Term Clerk to Hon. Andrew B. Altenburg, Jr.
U.S. Bankruptcy Court, District of New Jersey
Camden Vicinage
856-361-2324

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.